Albert H. Flint, Respondent, v. Bowers H. Leonard, Appellant, Impleaded with Charles A. Morgan and Others.— Judgment affirmed, with costs. All concurred.

Emma L. Hood and The People of the State of New York, Appellants, v. John A. Whitwell and the Thomas Crimmons Contracting Company. Respondents.— Judgment affirmed, with costs. All concurred.

Lee Jackson, Respondent, v. Edward A. Perkins, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented upon the ground that the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence.

Caroline A. Ostrander, Appellant, v. Mary Ostrander, Respondent.— Judgment affirmed, with costs. All concurred.

Margaret Stevens, Appellant, v. J. N. Adam and Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Mary Mastropaolo, as Administratrix, etc., of Paolo Mastropaolo, Deceased, Respondent, v. Mary E. Gaffey, Appellant.— Judgment and order affirmed, with costs. All concurred.

Adirondack League Club, Respondent, v. Marquis L. Keyes, Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Frank J. Phillips, Appellant.— Judgment affirmed. All concurred.

The People of the State of New York ex rel. Andres S. Swanson, Appellant, v. Gustavus Adolphus Orphans' Home and Others, Respondents.— Order affirmed, with costs. All concurred.

Mary Bess, Appellant, v. F. W. Woolworth Company, Respondent.— Judgment affirmed, with costs. All concurred.

Anna Shoemaker, as Administratrix, etc., of Arthur H. Sears, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frank L. Lynch, Respondent, v. Lackawanna Steel Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Charles Harbauer, Respondent, v. Gould Coupler Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of Arthur C. Gannett and Edgar L. Welsh, Appellants, for an Order Revoking and Canceling the Liquor Tax Certificate Issued to Margaret Wyman, Respondent, for the Trafficking in Liquors at Border City, Town of Waterloo and County of Seneca.— Judgment and order affirmed, with costs. All concurred.